UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEE OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 30
BENEFIT FUNDS AND THE
INTERNATIONAL UNION OF OPERATING     ORDER
ENGINEERS, LOCAL 30

    19-cv-11249 (PMH)

                Plaintiff,
v.

EAST RIVER HOUSING CORP.,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    This matter has recently been reassigned to me. Defendant's deadline for answering or otherwise responding to Plaintiff's complaint was February 7, 2020 (Doc. 6). Nothing has been filed. The parties are directed to submit via ECF a joint letter to the Court concerning the status of this action by April 27, 2020.

Dated: New York, New York
       April 8, 2020

                                                            _____
                                                            Philip M. Halpern
                                                            United States District Judge